**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

FEDERAL INSURANCE COMPANY,
an Indiana corporation,

       Plaintiff,

vs.

PROJECT CONTROL SYSTEMS, INC., a
Michigan corporation, PCSI
MANAGEMENT, LLC d/b/a PVA
EARTHWORKS, a Michigan limited liability
company, ASSEM SHEIKH, an individual,
and NADA SHEIKH, an individual,

       Defendants.

Case No.: 5:06-cv-11328
Honorable O'Meara, John Corbett

_____/

Michael D. Carroll (P53815)
**KERR, RUSSELL AND WEBER, PLC**
Attorneys for Plaintiff
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
_____/

**TEMPORARY RESTRAINING ORDER**

At a session of said court,
held in the U.S. District Courthouse,
Ann Arbor, Michigan,
on: March 31, 2006

PRESENT: HON. JOHN CORBETT O'MEARA
U.S. DISTRICT COURT JUDGE

This matter having come before the court upon the Motion of Plaintiff Federal Insurance Company ("Federal") seeking the issuance of a Temporary Restraining Order and/or Preliminary Injunction and the filing of Federal's Verified Complaint Seeking Injunctive, Declaratory and Other Relief, together with the Affidavits and Exhibits

submitted in connection with the Motion and the Verified Complaint, the court having reviewed the Motion, Verified Complaint and accompanying Affidavits and Exhibits and being otherwise fully advised, now, therefore:

**IT IS HEREBY ORDERED:**

1. Federal's Motion for a Temporary Restraining Order is granted for the reasons set forth herein and this Temporary Restraining Order is issued on Friday, March 31, 2006 2 o'clock p.m. and shall be filed forthwith in the Clerk's office and entered of record.

2. Based upon the Motion, Verified Complaint and accompanying Affidavits and Exhibits, including the General Agreement of Indemnity dated on or around March 1, 2005, it appears that unless Defendants are prohibited from selling, transferring or otherwise disposing of their assets, there is a substantial likelihood Federal's right to collateral will be forever lost, thereby resulting in irreparable harm.

3. It is ordered that each of the Defendants and their respective executors, heirs, successors, shareholders, directors, officers, agents, attorneys and all of those acting by, through or in concert with them are prohibited and restrained from selling, transferring, disposing of or liening any of the Defendants' assets and property or any assets or property in which they have or claim an interest, including, without limitation, bank accounts, real property, personal property and interests in any investment or venture.  All of the foregoing are also prohibited and restrained from allowing any of the foregoing assets and/or property to be liened or otherwise encumbered in the duration of this Temporary Restraining Order or until further order of this court, whichever occurs

first. This Order shall not restrict the individual Defendants from engaging in their normal day-to-day functions such as grocery shopping and the like.

    4.    Each of the Defendants is ordered to appear before this court on Tuesday, April 4, 2006 at 1:30 o'clock p.m. to show cause why a Preliminary Injunction should not enter continuing the relief granted pursuant to this Temporary Restraining Order and granting Federal the additional following relief:

    A.    An Order requiring Defendants to provide Federal a full and complete accounting of all assets owned by them or in which they have an interest;

    B.    An Order requiring Defendants to turn over all Bonded Project records to Federal and to allow Federal and/or its agents full and complete access to all financial books, records and accounts maintained by them;

    C.    An Order requiring Defendants to place with Federal the initial amount of $2,750,000.00 in funds by money, property, or liens or security interests in property, and any additional amount as determined by Federal as security for its obligations under the Bonds;

    D.    An Order enjoining and restraining Defendants from selling, transferring or disposing or liening their assets and property and further enjoining and restraining Defendants from allowing their assets and property to be liened, unless and until Federal shall receive the funds requested in paragraph C above;

    E.    An Order requiring Defendants to indemnify and exonerate Federal for all liabilities, losses and expenses incurred by Federal as a result of Federal having executed the Bonds.

/S/ John Corbett O'Meara  
U.S. DISTRICT COURT JUDGE