## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

FEDERAL INSURANCE COMPANY,
an Indiana corporation,

        Plaintiff,               Case No.:  5:06-cv-11328
                                     Honorable O'Meara, John Corbett

vs.

PROJECT CONTROL SYSTEMS, INC., a Michigan
corporation, PCSI MANAGEMENT, LLC d/b/a PVA
EARTHWORKS, a Michigan limited liability company,
ASSEM SHEIKH, an individual, and NADA SHEIKH,
an individual,

        Defendants.

_____/

## ORDER SETTING ASIDE DEFAULTS OF GARNISHEE CHARTER ONE BANK

At a session of said Court, held in the Washtenaw County, State of, Michigan,

ON: 5/17/06

PRESENT:  Hon. John Corbett O'Meara
Hon. John Corbett O'Meara

This matter having come before the Court upon the request of the moving the party,

Federal Insurance Company, and the Court being otherwise fully advised in the premises:

IT IS ORDERED that the Default Judgments entered on May 8, 2006 against Garnishee,

Charter One as to the Defendants Project Control Systems, Inc., Nada Sheikh, Assem Sheikh and

PCSI Management LLC D/B/A PVA Earthworks is hereby set aside without fees or costs

assessed to any party.

                        s/John Corbett O'Meara_____
                        John Corbett O'Meara
                        United States District Judge

Dated:  May 17, 2006